No. 355, Misc. EMANUELSON *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied.

No. 382, Misc. ROSARIO *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 405, Misc. LONG *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied. *William D. Paton* for petitioner.

No. 411, Misc. NASH *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 458, Misc. HARDERS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 487, Misc. BROWN *v.* PEPERSACK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 146. COX, ADMINISTRATOR *v.* HECKER ET AL., *ante*, p. 823;

No. 244. CHATSWORTH COOPERATIVE MARKETING ASSOCIATION ET AL. *v.* INTERSTATE COMMERCE COMMISSION, *ante*, p. 835;

No. 280. KANAREK *v.* UNITED STATES, *ante*, p. 838;

No. 330. BALTIMORE TRANSIT CO. ET AL. *v.* MARYLAND FOR THE USE OF GEILS ET AL., *ante*, p. 842;

No. 483. BOINEAU ET AL. *v.* THORNTON, SECRETARY OF STATE OF SOUTH CAROLINA, ET AL., *ante*, p. 15;

No. 166, Misc. DE PAUNTO, ALIAS LIPSCOMB *v.* MICHIGAN, *ante*, p. 860.

No. 181, Misc. BINZ *v.* HELVETIA FLORIDA ENTERPRISES, INC., *ante*, p. 12; and

No. 245, Misc. WELSH *v.* STATE MEDICAL BOARD OF OHIO, *ante*, p. 864. Petitions for rehearing denied.